**Carlos ORTIZ, Petitioner—Appellant,**

v.

**BLEDSOE, Warden, United States Penitentiary, Lee County, Respondent—Appellee.**

No. 06–6253.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 10, 2006.

Carlos Ortiz, Appellant Pro Se.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Ortiz, a federal prisoner, appeals the district court's order denying relief on his motion filed under Fed.R.Civ.P. 60(b), in which he sought reconsideration of the court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, affirm for the reasons stated by the district court. *See Ortiz v.*

*Bledsoe,* No. CA–05–512–7 (W.D.Va. Jan. 20, 2006). We grant Ortiz's motion to proceed on appeal in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*